IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JULIAN E. ROCHESTER,               )
                                   )
                Plaintiff,         )
                                   )
         v.                        )          1:17CV413
                                   )
A. JEFFCOAT, et al.,               )
                                   )
                Defendants.        )

ORDER

On June 23, 2017, the United States Magistrate Judge's Order and

Recommendation ("Recommendation" [Doc. #3]) was filed and notice was served

on the parties pursuant to 28 U.S.C. § 636.  Plaintiff filed Objections [Doc. #5]

within the time limit prescribed by Section 636, and later filed a Supplement to the

Objections [Doc. #6].  The Court has reviewed Plaintiff's objections de novo and

finds that they do not change the substance of the United States Magistrate

Judge's Recommendation [Doc. #3], which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is DISMISSED sua sponte

without prejudice to Plaintiff filing a new complaint, on the proper forms, and in a

proper district.

This the 3rd day of December, 2018.



                                        /s/ N. Carlton Tilley, Jr.
                                     Senior United States District Judge